

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

PHILLIP KIM
Assistant Corporation Counsel
Special Federal Litigation
Email: pkim@law.nyc.gov
Tel: (212) 788-0845
Fax: (212) 788-9776

May 2, 2005

**BY ECF ONLY**

Honorable Michael B. Mukasey
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>Angie Ramos v. City of New York, et al.</u>
            04 CV 8603 (MBM)

Your Honor:

      I represent defendants in the above referenced civil action. I write to advise the Court that the parties have agreed in principle to resolve this action via settlement. I am in the process of forwarding to plaintiff the requisite paperwork memorializing the terms of the settlement--- including a stipulation and order of settlement and discontinuance ("stipulation"). Upon plaintiff's execution of the stipulation, I will forward an original copy to the Court for its endorsement.

      Thank you for your consideration.

                              Respectfully submitted,

                              Phillip Kim (PK 9384)

cc:    Joanne Dwyer, Esq. (by fax (212) 732-8167)